# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PARENTAL RIGHTS AS TO: Y. M., A MINOR CHILD.

CAMERON H.,
           Appellant,

vs.

FAWN D. G.,
           Respondent.

No. 71748

FILED

MAY 11 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order terminating appellant's parental rights. Eighth Judicial District Court, Clark County; Vincent Ochoa, Judge.

On April 10, 2017, this court entered an order directing appellant, within 15 days, to file and serve the transcript request form or certificate of no transcript request, the docketing statement, and an opening brief that complies with the requirements in NRAP 28(a) and NRAP 32 or the "Informal Brief Form for Pro Se Parties" provided by the supreme court clerk. *See* NRAP 9, NRAP 14, NRAP 31(a)(2)(A). We cautioned appellant that failure to comply with our order would result in the dismissal of this appeal. To date, appellant has failed to file the documents or otherwise communicate with this court. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

Supreme Court
of
Nevada

(O) 1947A

17-15805

cc: Hon. Vincent Ochoa, District Judge
Cameron H.
Fawn D. G.
Eighth District Court Clerk